# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**Civil Case Number:** _____

Ladronihus D Willis
_____
(Write the full name of the plaintiff)

vs.

Olccm Life Plasma
_____
Center
_____

_____

_____
(Write the full name of the defendant/s in this case)

```
FILED BY____MC____ D.C.

MAY 10 1 2023

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI
```

## COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

### I. Party Information

**A.** Plaintiff: Ladronihus Willis D

Address: 900 N Rock Road FT. Pierce, Florida. 34945

Inmate/Prison No.: 70335

*Year* of Birth: 12-5-1985 (Do *not* include day or month, pursuant to Fed. R. Civ. P 5.2)

(Write your name, address and prison/inmate number, if applicable)

vs.

**B.** Defendant: Olccm life Blood

Official Position: Donating Center

Place of Employment: Plasma

Defendant: Olccm life Blood

Official Position: Donating Center

Place of Employment: Plasma

(Write the full name of each defendant, official position and place of employment. Attach a separate page if you need additional space for additional defendants.)

Olccm life Plasma Center

## II. Statement of Claim

Briefly describe the facts of your case.  Describe how each defendant is involved, names of other persons involved, and dates and pl aces.  Each claim  should be stat ed in a separately num bered paragraph.  Please use short and plain statements, with separately numbered paragraphs indicating why the relief requested should be granted.  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Olgam life plasma center fasely certifed my Plasma Blood work and Classified me as having the Aids Virus (H.I.V) witch I had to Stop Donating! and go to image of Christ, and the Health Department on Avenue C, 23rd Street Ft.Pierce, Retake testes and Clearity Clear my Name. Now my life is in Danger.

## III. Relief Requested

Briefly state what you are requesting from the Court (what do you want the Court to do).  Do not include legal arguments or cite cases or statutes. Attach additional pages, if necessary.

Clemency Relief for pain and Physical mental, emotional Pain, Emotional Distress. unhappiness or Pain, Suffering that effects the mind or Body.

_____

_____

## IV. Jury Demand

Are you demanding a jury trial?    ✓ Yes    ___ No

Signed this ___April___ day of ___27___, 20__23

_____

Signature of Plaintiff



Ladravius D Willis
900 N Rock Road
FT. Pierce, Florida.
34950

Legal
-mail

This mail originated from an inmate
at the St. Lucie County Jail

WEST PALM BCH FL 33

28 APR 2023  PM 4    FOREVER USA   FORE

Clerk's office
united States Distri
Court Southern Dist
of Florida. 400 North
Miami, Florida.
33128-7716

33128-771699